UNITED STATES COURT OF INTERNATIONAL TRADE

```
-----------------------------------------------------------x
AMERICAN EEL DEPOT CORP           :
                                  :
              Plaintiff,          :
                                  :
      v.                          :
                                  :   Court No. 21-00278
UNITED STATES,                    :
                                  :
              Defendant.          :
                                  :
-----------------------------------------------------------x
```

**<u>ORDER</u>**

Upon consideration of plaintiff's consent motion to sever and dismiss, it is hereby

**ORDERED** that plaintiff's motion is granted; and it is further

**ORDERED** that Entry No. TZ6-0208374-1 is severed from this case and that this action is dismissed as to that entry.

_____
                                                                    Judge

Dated: June\_\_, 2025
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------------------x
AMERICAN EEL DEPOT CORP                 :
                                        :
                Plaintiff,              :
                                        :
        v.                              :
                                        :  Court No. 21-00278
UNITED STATES,                          :
                                        :
                Defendant.              :
                                        :
-------------------------------------------------------------x
```

## CONSENT MOTION TO SEVER AND DISMISS

Pursuant to USCIT R. 1 and 7, Plaintiff American Eel Depot Corp., through its undersigned attorneys, respectfully moves for an order severing and dismissing the following entry from this action: TZ6-0208374-1.

Upon further review, plaintiff has concluded that the above-listed entry should not be included in this action. Therefore, it is appropriate that the entry be removed from the case.

On June 5, 2025, Edward Kenny, Esq., counsel for defendant, consented to the filing of this motion and the relief sought herein.

For the foregoing reasons, plaintiff respectfully requests that this motion be granted and that Entry No. TZ6-0208374-1 be severed and dismissed from this action.

                                Respectfully submitted,

By:   /s/ Joseph M. Spraragen
       Joseph M. Spraragen
       Grunfeld, Desiderio, Lebowitz,
       Silverman & Klestadt LLP
       *Attorneys for Plaintiff*
       599 Lexington Avenue – 36th Floor
       New York, New York 10022-7648
       Tel: (212) 557-4000
       JSpraragen@gdlsk.com

Dated:  June 5, 2025
         New York, New York