UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN EEL DEPOT CORP.<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Before: Joseph A. Laroski, Jr., Judge<br><br>Court No. 21-00278 |

## ORDER

Upon consideration of plaintiff's consent motion to sever and dismiss, it is hereby

**ORDERED** that plaintiff's motion is granted; and it is further

**ORDERED** that Entry No. TZ6-0208374-1 is severed from this case and that this action is dismissed as to that entry.

/s/   Joseph A. Laroski, Jr.
Judge

Dated: June 6, 2025
    New York, New York