UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 8
BEFORE: HON. JUDGE LISA W. WANG

| | |
|---|---|
| AMERICAN EEL DEPOT CORP., | : |
| | : |
| | : |
| Plaintiff, | :    Court No. 21-00278; 21-00279 |
| | : |
| v. | : |
| | : |
| UNITED STATES, | : |
| | : |
| Defendant. | : |
| | : |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: July 24, 2026

By:      /s/ Sarah E. Raymond

SARAH E. RAYMOND
Associate
GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
Attorneys for Plaintiff
599 Lexington Ave. FL 36
New York, NY 10022
(212) 557-4000
sraymond@gdlsk.com

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

By:

EDWARD F. KENNY
Senior Trial Counsel
U.S. Department of Justice,
Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(202) 305-5216
edward.kenny@usdoj.gov
Attorneys for Defendant

Form 8-2

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| Please see attached schedule of court numbers, protest numbers, and entry numbers. | | | |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____July 24, 2026_____

Clerk, U. S. Court of International Trade

By: _____/s/ Lewis Hugh_____
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)

| Court Number | Plaintiff Name | Protest Number | Entry Number |
|---|---|---|---|
| 21-00278 | American Eel Depot Corp. | 4601-20-109145 | TZ6-0208532-4 |
| 21-00279 | American Eel Depot Corp. | 4601-20-109701 | TZ6-0209099-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-109701 | TZ6-0209417-7 |
| 21-00279 | American Eel Depot Corp. | 4601-20-110105 | TZ6-0209764-2 |
| 21-00279 | American Eel Depot Corp. | 4601-20-110105 | TZ6-0209626-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-110839 | TZ6-0210074-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-110839 | TZ6-0210637-7 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0211417-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0211093-2 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0211803-4 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0211587-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0211685-5 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0213041-9 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0212077-4 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0212740-7 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0212336-4 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0212338-0 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0212804-1 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0212739-9 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | TZ6-0212339-8 |
| 21-00279 | American Eel Depot Corp. | 4601-20-113733 | FS2-1851294-5 |
| 21-00279 | American Eel Depot Corp. | 4601-20-111432 | FS2-1851388-5 |
| 21-00279 | American Eel Depot Corp. | 4601-20-113733 | TZ6-0212661-5 |
| 21-00279 | American Eel Depot Corp. | 4601-20-113733 | FS2-1851397-6 |
| 21-00279 | American Eel Depot Corp. | 4601-20-113733 | TZ6-0214580-5 |
| 21-00279 | American Eel Depot Corp. | 4601-20-113733 | TZ6-0214908-8 |
| 21-00279 | American Eel Depot Corp. | 4601-20-117309 | TZ6-0215571-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-117309 | TZ6-0215452-6 |
| 21-00279 | American Eel Depot Corp. | 4601-20-117309 | TZ6-0215453-4 |
| 21-00279 | American Eel Depot Corp. | 4601-20-117309 | TZ6-0216222-2 |
| 21-00279 | American Eel Depot Corp. | 4601-20-117309 | TZ6-0216224-8 |
| 21-00279 | American Eel Depot Corp. | 4601-20-117309 | TZ6-0216718-9 |
| 21-00279 | American Eel Depot Corp. | 4601-20-117309 | TZ6-0216591-0 |
| 21-00279 | American Eel Depot Corp. | 4601-20-117309 | TZ6-0215932-7 |
| 21-00279 | American Eel Depot Corp. | 4601-20-117309 | TZ6-0216717-1 |
| 21-00279 | American Eel Depot Corp. | 4601-20-119556 | TZ6-6000585-9 |
| 21-00279 | American Eel Depot Corp. | 4601-20-119556 | TZ6-6001615-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-119556 | TZ6-6001846-4 |
| 21-00279 | American Eel Depot Corp. | 4601-20-119556 | TZ6-6002803-4 |
| 21-00279 | American Eel Depot Corp. | 4601-20-119556 | TZ6-6003090-7 |
| 21-00279 | American Eel Depot Corp. | 4601-20-122613 | TZ6-6003334-9 |
| 21-00279 | American Eel Depot Corp. | 4601-20-119556 | TZ6-6003493-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-122613 | TZ6-6003576-5 |
| 21-00279 | American Eel Depot Corp. | 4601-20-122613 | TZ6-6003855-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-122613 | TZ6-6005373-5 |
| 21-00279 | American Eel Depot Corp. | 4601-20-122613 | TZ6-6004269-6 |
| 21-00279 | American Eel Depot Corp. | 4601-20-122613 | TZ6-6004197-9 |
| 21-00279 | American Eel Depot Corp. | 4601-20-122613 | TZ6-6005162-2 |
| 21-00279 | American Eel Depot Corp. | 4601-20-124287 | TZ6-6005840-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-124287 | TZ6-6006043-3 |
| 21-00279 | American Eel Depot Corp. | 4601-20-124287 | TZ6-6006387-4 |
| 21-00279 | American Eel Depot Corp. | 4601-20-124287 | TZ6-6007500-1 |
| 21-00279 | American Eel Depot Corp. | 4601-20-124287 | TZ6-6007604-1 |
| 21-00279 | American Eel Depot Corp. | 4601-21-125173 | K09-0080130-7 |
| 21-00279 | American Eel Depot Corp. | 4601-20-124287 | TZ6-6008088-6 |
| 21-00279 | American Eel Depot Corp. | 4601-21-125173 | TZ6-6008565-3 |
| 21-00279 | American Eel Depot Corp. | 4601-21-125173 | TZ6-6008917-6 |
| 21-00279 | American Eel Depot Corp. | 4601-21-125173 | TZ6-6008762-6 |
| 21-00279 | American Eel Depot Corp. | 4601-21-125173 | TZ6-6009901-9 |